170 A.3d 317

STATE OF NEW JERSEY, PLAINTIFF, v. PETER
PAPASAVVAS, DEFENDANT–MOVANT.

July 10, 2017

ORDER

It is ORDERED that the motions for leave to proceed as an indigent (M–1441), and to file a motion for reconsideration as within time (M–1442) are granted.

170 A.3d 317

JOSEPH ISAACSON, PETITIONER–PETITIONER, v. PUBLIC EM-
PLOYMENT RELATIONS COMMISSION AND TOWNSHIP OF
HARDYSTON, RESPONDENTS–RESPONDENTS.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002991–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.